# STAGG, TERENZI, CONFUSIONE & WABNIK, LLP

ATTORNEYS AT LAW
401 FRANKLIN AVENUE
SUITE 300
GARDEN CITY, NEW YORK 11530
(516) 812-4500
FAX: (516) 812-4600

275 MADISON AVENUE
SUITE 705
NEW YORK, NEW YORK 10016
(212) 324-3800

331 NEWMAN SPRINGS ROAD
BUILDING 1, 4TH FLOOR, SUITE 143
RED BANK, NEW JERSEY 07701
(732) 784-1586

1111 SUMMER STREET, 5TH FLOOR
STAMFORD, CONNECTICUT 06905
(203) 967-4000

Thomas E. Stagg*◊
Ronald M. Terenzi∆
Lisa M. Confusione
Debra L. Wabnik*
Daniel P. Gregory*
Andrew Kazin

Han Sheng Beh*
Marcus Cheung*
Matthew B. Corwin*
Jacqueline M. Della Chiesa
Patrique P. Denize
David R. Ehrlich
Cara M. Goldstein
Ivie Guobadia
Owen A. Kloter*∆
Michael Kwiatkowski*
Ronald P. Labeck
Brian A. Lacoff*
Justin M. Rowe
Michelle E. Tarson*

Of Counsel
John C. Polera∆
Kristen Renzulli*

*Also Admitted NJ
∆Also Admitted CT
◊Also Admitted DC

February 20, 2014

United States Bankruptcy Court
Western District of New York
100 State Street
Federal Building
Rochester, New York 14614
Chambers of the Honorable Paul R. Warren

RE: Bruce Wilder, Sr.
Case No. 13-21115-PRW
Chapter 13

Dear Sir/Madam:

Based on the Debtor's Amended Chapter 13 Plan, American Tax Funding LLC withdraws its Objection to Confirmation of the Chapter 13 Plan on the above referenced bankruptcy case. The hearing was scheduled before the Honorable Paul W. Warren on February 24, 2014 at 11:00 a.m.

Thank you for your assistance in this matter

Very truly yours,

\s\ Cara M. Goldstein
Cara M. Goldstein